# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JOYCELYN LEVERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:20-cv-00998-JHE |
| ) | |
| AD ASTRA RECOVERY SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. | |

## ORDER DISMISSING CASE

Plaintiff has submitted a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  (Doc. 11).  Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the case be and hereby is **DISMISSED with prejudice**, costs to be taxed as paid.

DONE this 16th day of September, 2020.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE